UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| WILLIAM RAY LEGGETT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:21-cv-00924 |
| GALLATIN POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 17) recommending that Defendant Gallatin Police Department's Motion to Dismiss (Doc. No. 12) be granted and that this case be dismissed. William Ray Leggett has filed two objections. (Doc. Nos. 19, 20). In the first, Leggett says: "I am stating a motion against thy [sic] Gallatin Police Department not to dismiss thy [sic] case I have against them." (Doc. No. 19 at 1). Leggett's second objection shares his religious beliefs and opinions. (Doc. No. 20 at 1–2). The "filing of vague, general, or conclusory objections does not meet the requirement of specific objections and is tantamount to a complete failure to object," Cole v. Yukins, 7 F. App'x 354, 356 (6th Cir. 2001), Leggett has not offered a proper objection to the R&R.

Nevertheless, the Court has reviewed the R&R de novo and agrees with its recommended disposition. Accordingly, Leggett's objections are **OVERRULED**, the Magistrate Judge's R&R (Doc. No. 17) is **APPROVED AND ADOPTED**, and this case is **DISMISSED**. This is a final order and the Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE